# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2086

_____

|  |  |  |
|---|---|---|
| Tyrone Wilson, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Monsanto Company, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 19, 1999
Filed: April 28, 1999

_____

Before BOWMAN,* Chief Judge, FAGG, Circuit Judge, and BOGUE,** District Judge.

_____

PER CURIAM.

Tyrone Wilson appeals from an adverse jury verdict in his race-based employment discrimination lawsuit. Wilson contends the district court committed error in excluding evidence Wilson asserts was essential to his claim. After a careful review

_____

*The Honorable Pasco M. Bowman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the end of the day on April 23, 1999. He has been succeeded by the Honorable Roger L. Wollman.

**The Honorable Andrew W. Bogue, United States District Judge for the District of South Dakota, sitting by designation.

of the record, we find no abuse of discretion in the district court's rulings.  We thus affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.